NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHARON L. YOUNGMAN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7139

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-2785, Chief Judge Bruce E. Kasold.

---

## ON MOTION

---

## O R D E R

The Secretary of Veterans Affairs moves without opposition for a 21-day extension of time, until January 27, 2012, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__DEC 2 9 2011__                    /s/ Jan Horbaly
Date                                Jan Horbaly
                                    Clerk

cc:  Kenneth M. Carpenter, Esq
     Jacob A. Schunk, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 9 2011

JAN HORBALY
CLERK